IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02286-JLK

TIMOTHY O'DONNELL,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

---

## ORDER OF REMAND

---

THIS MATTER is before this Court on the Stipulated Motion to Remand Matter to Jefferson County District Court (doc. #7), filed November 12, 2007.  The Motion is GRANTED.  It is

ORDERED that this case is REMANDED to the Jefferson County District Court.

Dated: November 13, 2007.

BY THE COURT:

*S/John L. Kane*
United States District Court Judge